IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER, <br><br> Plaintiff, <br><br> vs. <br><br> JEVON WOODS and BLACK LIVES MATTER MOVEMENT, <br><br> Defendants. | 8:21CV115 <br><br> ORDER |

Plaintiff has filed a Motion for Initial Review (Filing 12). Because such initial review occurred on July 27, 2021 (Filing 13),

IT IS ORDERED that Plaintiff's Motion for Initial Review (Filing 12) is denied as moot.

DATED this 2nd day of August, 2021.

BY THE COURT:

Richard G. Kopf
Senior United States District Judge