IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER,<br><br>Plaintiff,<br><br>vs.<br><br>JEVON WOODS,<br><br>Defendant. | 8:21CV115<br><br>MEMORANDUM<br>AND ORDER |

Plaintiff has filed a Motion (Filing 32) asking the court to "re-open[] 8:21CV115 that Judge Richard G. Kopf shut down?" The court advises Plaintiff that this case is still open and is proceeding on Plaintiff's 42 U.S.C. § 1983 substantive-due-process claim against alleged state actor Defendant Jevon Woods in his individual capacity for the violation of Plaintiff's constitutionally protected right to be free from bodily harm, sexual molestation, and abuse. (*See* Filing 18 (ordering service of process on Defendant Jevon Woods and dismissing all other claims and parties).) A Progression Order was issued on June 8, 2022, (Filing 26) that set forth deadlines for discovery and motion practice and set the date for the pretrial conference. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion (Filing 32) is denied; and

2. The Clerk of Court shall send a copy of the Progression Order (Filing 26) to Plaintiff at his last-known address.

DATED this 16th day of August, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge