IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER,<br><br>             Plaintiff,<br><br>vs.<br><br>JEVON WOODS,<br><br>             Defendant. | **8:21CV115**<br><br>**ORDER** |

      This matter is before the court for case management. On January 6, 2023, the court received notice that Plaintiff had been released from the Lancaster County Department of Corrections. (Filing No. 35). The court is aware from Plaintiff's other cases filed in this court that he is presently in the custody of the Nebraska Department of Correctional Services. *See Lightfeather v. Gage County, NE*, 8:22-cv-00358-JFB-PRSE; *Lightfeather v. Hartman et al.*, 8:22-cv-00359-JFB-PRSE; *Lightfeather v. Lancaster County Courts et al.*, 8:22-cv-00360-JFB-PRSE; and *Lightfeather v. Condon et al.*, 8:22-cv-00388-JFB-PRSE.

      Accordingly,

      IT IS ORDERED: The Clerk shall update Plaintiff's address in this matter to the following address:

      Austin Lightfeather, Inmate 6799
      Nebraska Department of Corrections – Lincoln
      P.O. Box 22800
      Lincoln, NE 68542-2800

      Dated this 13th day of January, 2023.

                                          BY THE COURT:

                                          *s/ Cheryl R. Zwart*
                                          United States Magistrate Judge